UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **UNITED COMMERCE CENTER, INC.,** | § | |
| | § | |
| Plaintiff, | § | |
| | § | CIVIL ACTION NO. 3:13-cv-2075 |
| v. | § | |
| | § | |
| **THE TRAVELERS LLOYDS** | § | |
| **INSURANCE COMPANY,** | § | |
| | § | |
| Defendant. | § | |

### DEFENDANT'S CERTIFICATE OF INTERESTED PERSONS AND RULE 7.1 DISCLOSURE STATEMENT

Pursuant to Local Rule 81.1(a)(4)(D), Local Rule 3.1(c) and FED. R. CIV. P. 7.1, Defendant The Travelers Lloyds Insurance Company submits the following Certificate of Interested Persons and Rule 7.1 Disclosure Statement that contains a complete list of persons, associations of persons, firms, partnerships, corporations, guarantors, insurers, affiliates, parent or subsidiary corporations, or other legal entities who appear from the pleadings to be financially interested in the outcome of the case.

1. Plaintiff: United Commerce Center, Inc. is a Texas corporation.

2. Defendant: The Travelers Lloyds Insurance Company is an unincorporated association that has no parent corporation. Additionally, because The Travelers Lloyds Insurance Company is not a corporation, there is no publicly held corporation which owns 10% or more of its stock.

3. Counsel for Plaintiff: Bobby M. Rubarts; Koning Rubarts LLP.

4. Counsel for Defendants: Wm. Lance Lewis and Alissa Puckett; Quilling, Selander, Lownds, Winslett & Moser, P.C.

Respectfully submitted,

*/s/ Alissa Puckett*
WM. LANCE LEWIS
Texas Bar No. 12314560
ALISSA PUCKETT
Texas Bar No. 24056886
**QUILLING, SELANDER, LOWNDS, WINSLETT & MOSER, P.C.**
2001 Bryan Street, Suite 1800
Dallas, Texas  75201
(214) 871-2100 (Telephone)
(214) 871-2111 (Facsimile)

**ATTORNEYS FOR DEFENDANT THE TRAVELERS LLOYDS INSURANCE COMPANY**

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the above and foregoing instrument is being served upon counsel for Plaintiff, via certified mail, return receipt requested, as set forth below, on this 3rd day of June, 2013:

Bobby M. Rubarts
Koning Rubarts LLP
1700 Pacific Avenue, Suite 1890
Dallas, Texas 75201

*/s/ Alissa Puckett*
Wm. Lance Lewis /Alissa Puckett