UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| UNITED COMMERCE CENTERS, INC. | § § | |
| Plaintiff, | § § | |
| v. | § § | CIVIL ACTION NO. 3:13-cv-02075-P |
| | § | |
| THE TRAVELERS LLOYDS INSURANCE COMPANY, | § § § | |
| | § | |
| Defendant. | § | |

PLAINTIFF'S CERTIFICATE OF INTERESTED
PERSONS AND RULE 7.1 DISCLOSURE STATEMENT

TO THE HONORABLE UNITED STATES DISTRICT COURT:

Pursuant to Federal Rule of Civil Procedure 7.1(a) and Local Rules 81.2 and 3.1(c) Plaintiff United Commerce Centers, Inc. files the following Certificate of Interested Persons and Rule 7.1 Disclosure Statement:

1.    United Commerce Centers, Inc., a Texas corporation, is the Plaintiff. No corporation owns more than 10% of its stock.

2.    Hunter's Precision Construction & Roofing, Inc., a Texas corporation, has a financial interest in the outcome of this suit. No corporation owns more than 10% of its stock.

3.    Plaintiff concurs in the accuracy of items 1, 3 and 4 listed on the Defendant's Certificate of Interested Persons and Rule 7.1 Disclosure Statement, filed herein on June 3, 2013 ("Defendant's Certificate"), and adopts Defendant's Certificate to that extent by reference.

5.    Plaintiff lacks the information necessary to agree or disagree with item 2 of Defendant's Certificate.

Respectfully submitted,


s/ Bobby M. Rubarts
Bobby M. Rubarts
State Bar No. 17360330
bobby.rubarts@koningrubarts.com
Brent E. Basden
State Bar No. 24047828
brent.basden@koningrubarts.com

**KONING RUBARTS LLP**
1700 Pacific Avenue, Suite 1890
Dallas, Texas  75201
214-751-7900
214-751-7883 – fax

**ATTORNEYS FOR UNITED
COMMERCE CENTERS, INC.**


## CERTIFICATE OF SERVICE

I hereby certify that on June 24, 2013, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send electronic notification of such filing to all counsel of record who have consented to service by electronic means.


s/ Bobby M. Rubarts
Bobby M. Rubarts