# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | | |
|---|---|---|
| **UNITED COMMERCE CENTER, INC.,** | § | |
| **Plaintiff,** | § | |
| | § | |
| v. | § | |
| | § | |
| **THE TRAVELERS LLOYDS** | § | **CIVIL ACTION NO. 3:13-cv-2075-P** |
| **INSURANCE COMPANY,** | § | |
| | § | |
| **Defendant.** | § | |
| | § | |

## AMENDED APPENDIX TO PLAINTIFF'S
## MOTION TO COMPEL AND SUPPORTING BRIEF

Page

**EXHIBIT A** — Travelers' Privilege Log. ....................................................................1

**EXHIBIT B** — Defendant The Travelers Lloyds Insurance Company's
Initial Disclosures ....................................................................5

**EXHIBIT C** — Communications Between Travelers and Others Related
to the Insurance Claim ....................................................................10

**EXHIBIT D** — Traveler's Claim File ....................................................................43

Respectfully submitted,

s/ Bobby M. Rubarts
Bobby M. Rubarts
State Bar No. 17360330
bobby.rubarts@koningrubarts.com
Brent E. Basden
State Bar No. 24047828
brent.basden@koningrubarts.com

**KONING RUBARTS LLP**
1700 Pacific Avenue, Suite 1890
Dallas, Texas 75201
214-751-7900
214-751-7888 – fax

**ATTORNEYS FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

I hereby certify that on February 28, 2014, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send electronic notification of such filing to all counsel of record.

s/ Bobby M. Rubarts

# EXHIBIT A

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| UNITED COMMERCE CENTER, INC. | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 3:13-cv-02075-P |
| | § | |
| THE TRAVELERS LLOYDS | § | |
| INSURANCE COMPANY, | § | |
| | § | |
| Defendant. | § | |

## PRIVILEGE LOG

The following information or documents were withheld by The Travelers Lloyds Insurance Company from the documents made available for copying and inspection in response to Plaintiff's Requests for Production.

| DATE | BATES NO. | DESCRIPTION | PRIVILEGE |
|---|---|---|---|
| 12/15/12-12/16/12, 12/18/12 | None | Emails between Blake Kilpatrick and Laura de la Garza regarding claim after anticipation of litigation. | Work product |
| 12/19/12 | None | Emails between Laura de la Garza to her manager regarding claim after anticipation of litigation. | Work product |
| 1/5/13 | None | Email from Laura de la Garza to Blake Kilpatrick regarding claim after anticipation of litigation. | Work product |
| 1/9/13 | TRAV 310 | Email from Blake Kilpatrick to Laura de la Garza regarding claim after anticipation of litigation. | Work product |
| 1/10/13 | TRAV 312 | Emails between Blake Kilpatrick and Laura de la Garza regarding claim after anticipation of litigation. | Work product |
| 1/09/13-1/12/13, | None | Emails between Blake Kilpatrick and Laura de la Garza regarding claim after | Work product |

| 1/15/13-1/17/13, 1/19/13 | | anticipation of litigation. | |
|---|---|---|---|
| 1/11/13 | None | Correspondence from Blake Kilpatrick to Laura de la Garza regarding claim after anticipation of litigation and comments from Laura de la Garza regarding correspondence. | Work product |
| 1/20/13-1/22/13, 2/4/13, 2/12/13 | None | Emails between Blake Kilpatrick and Laura de la Garza regarding claim after anticipation of litigation. | Work product |
| 2/13/13 | TRAV 349 | Claims investigation note by Laura de la Garza in anticipation of litigation. | Work product |
| 2/20/13, 3/1/13, 3/4/13, 3/7/13 | None | Emails between Blake Kilpatrick and Laura de la Garza regarding claim after anticipation of litigation. | Work product |
| 3/4/13 | None | Correspondence from Blake Kilpatrick to Laura de la Garza regarding claim after anticipation of litigation. | Work product |
| 3/8/13 | TRAV 326 | Emails between Blake Kilpatrick and Laura de la Garza regarding claim after anticipation of litigation. | Work product |
| 3/14/13-3/16/13 | None | Emails between Blake Kilpatrick and Laura de la Garza regarding claim after anticipation of litigation. | Work product |
| 4/15/13 | TRAV 349 | Claims investigation note by Laura de la Garza in anticipation of litigation. | Work product |
| 4/26/13 | TRAV 349 | Claims investigation note by Laura de la Garza in anticipation of litigation. | Work product |
| 4/26/13-5/20/13 | None (claim notes pgs. 21-28) | Claims investigation notes by Laura de la Garza regarding work done in anticipation of litigation. | Work product |

Respectfully submitted,

WM. LANCE LEWIS
Texas Bar No. 12314560
ALISSA PUCKETT
Texas Bar No. 24056886
**QUILLING, SELANDER, LOWNDS,**
**WINSLETT & MOSER, P.C.**
2001 Bryan Street, Suite 1800
Dallas, Texas 75201
(214) 871-2100 (Telephone)
(214) 871-2111 (Facsimile)
llewis@qslwm.com
apuckett@qslwm.com

**ATTORNEYS FOR DEFENDANT**
**THE TRAVELERS LLOYDS INSURANCE**
**COMPANY**

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the above and foregoing instrument is being served upon counsel of record on this 26th day of February 2014, by facsimile at the address indicated below:

Bobby M. Rubarts
Koning Rubarts LLP
1700 Pacific Avenue, Suite 1890
Dallas, Texas 75201

Wm. Lance Lewis / Alissa Puckett

# EXHIBIT B

## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| UNITED COMMERCE CENTER, INC. | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | CIVIL ACTION NO. 3:13-cv-02075-P |
| | § | |
| THE TRAVELERS LLOYDS | § | |
| INSURANCE COMPANY, | § | |
| | § | |
| **Defendant.** | § | |

## DEFENDANT THE TRAVELERS LLOYDS INSURANCE COMPANY'S
## INITIAL DISCLOSURES

Defendant The Travelers Lloyds Insurance Company ("Travelers") hereby submits its

Initial Disclosures pursuant to Rule 26(a)(1) of the Federal Rules of Civil Procedure and shows

as follows:

1.     The name and, if known, the address and telephone number of each individual likely to
       have discoverable information that the disclosing party may use to support its claims or
       defenses, unless solely for impeachment, identifying the subjects of the information.

       **RESPONSE:** Travelers discloses the following individuals:

       (a)     Steve Culver
               United Commerce Center, Inc.
               1720 E. Irving Blvd.
               Irving, TX 75060
               (phone unknown)

               *Plaintiff.*

       (b)     Don Lamont, Public Adjuster
               D.A. Lamont
               3350 W. Hwy 199
               Springtown, TX 76082
               (817) 637-8824

*Plaintiff's public adjuster.*

(c)    SIG Insurance Solutions
7640 N.E. Loop 820, Suite99
North Richland Hills, TX 76180
(817) 354-6800

*Plaintiff's insurance agent.*

(d)    The Travelers Lloyds Insurance Company
One Tower Square
Hartford, CT 06183
(607) 277-0111

*Defendant (to be contacted through counsel of record).*

(e)    Asah Watts
The Travelers Lloyds Insurance Company
One Tower Square
Hartford, CT 06183
(607) 277-0111

*Adjuster for Defendant Travelers (to be contacted through counsel of record).*

(f)    Laura de la Garza
9402 Wildstone Place
San Antonio, TX 78254
(210) 748-7673

*Former adjuster for Defendant Travelers.*

(g)    Gary Dunlap
Nelson Architectural Engineers, Inc.
2740 Dallas Parkway, Suite 220
Dallas, TX 75093
(877) 850-8765

*Roofing inspector for the claims at issue.*

(h)    Blake Kilpatrick
RMC LP
18383 FM 306, Suite 103
Canyon Lake, TX 78133
(832) 309-4528

*Adjusted claim on behalf of Defendant Travelers.*

(i)     Gary Treider
        Chapparal Consulting
        P.O. Box 1810
        Midlothian, TX 76065

*Adjusted claim on behalf of Defendant Travelers.*

(j)     All persons identified by all parties.

Travelers reserves the right to supplement this response.

2.    A copy of, or a description by category and location of, all documents, data compilations, and tangible things in the possession, custody, or control of the party and that the disclosing party may use to support its claims or defenses, unless solely for impeachment.

      **RESPONSE:** Travelers identifies the following categories of non-privileged documents, which are available for inspection and copying in Defendant's counsel's offices. Travelers reserves the right to object to the authenticity, relevancy and/or admissibility of the listed or described documents in the trial of this action or of any other proceeding.

      (a)     Insurance policy number IL-PACP-8196M527-TLC-10, issued by Travelers, effective November 4, 2010 to November 4, 2011;

      (b)     Non-privileged portions of claim file EUR0543 associated with the Travelers Policy.

      (c)     All documents which are identified by any other party to this case.

      TBIC reserves the right to amend and/or supplement this disclosure.

3.    A computation of any category of damages claimed by the disclosing party, making available for inspection and copying as under Rule 34 the documents or other evidentiary material, not privileged or protected from disclosure, on which such computation is based, including materials bearing on the nature and extent of injuries suffered.

      **RESPONSE:** At this time, Travelers does not seek damages. Travelers reserves the right to amend and/or supplement this disclosure.

4.    For inspection and copying as under Rule 34 any insurance agreement under which any person carrying on an insurance business may be liable to satisfy part or all of a judgment which may be entered in the action or to indemnify or reimburse for payments made to satisfy the judgment.

      **RESPONSE:** None.

_(signature)_

WM. LANCE LEWIS
Texas Bar No. 12314560
ALISSA PUCKETT
Texas Bar No. 24056886
**QUILLING, SELANDER, LOWNDS,
WINSLETT & MOSER, P.C.**
2001 Bryan Street, Suite 1800
Dallas, Texas 75201
(214) 871-2100
(214) 871-2111 (Fax)
llewis@qslwm.com
apuckett@qslwm.com

**ATTORNEYS FOR DEFENDANT THE
TRAVELERS LLOYDS INSURANCE
COMPANY**

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the above and foregoing instrument is being served upon all counsel of record on this 12th day of July, 2013, by facsimile at the address indicated below.

Bobby M. Rubarts
Koning Rubarts LLP
1700 Pacific Avenue, Suite 1890
Dallas, Texas 75201

_(signature)_

Wm. Lance Lewis / Alissa Puckett

4818-0584-1428, v. 1

# EXHIBIT C

| | |
|---|---|
| **From:** | Allison Garrett <agarrett@architecturalengineers.com> |
| **Sent:** | Wednesday, June 20, 2012 3:40 PM |
| **To:** | Watts,Asah |
| **Cc:** | Gary Dunlap; Matt Smith |
| **Subject:** | Claim EUR0543 United Commerce Center   NAE 10381 |

Good afternoon Asah,

Gary Dunlap is scheduled on 06.27.12 @ 10:00AM to meet with Don Lamont for the above referenced assignment. Please call or email if you have any questions or concerns. We appreciate your business.

Kindest regards,

Allison Garrett
*Administrative Assistant*

**NELSON ARCHITECTURAL ENGINEERS, INC.**
*Expert Forensics. Expert Solutions.*
2740 Dallas Parkway, Suite 220
Plano, TX 75093

877.850.8765 Global Headquarters
469.429.9000 Voice x2202
469.326.5200 Fax

www.nae-us.com

1

TRAV  298

**delaGarza,Laura C**

| | |
|---|---|
| **From:** | delaGarza,Laura C |
| **Sent:** | Monday, December 10, 2012 4:39 PM |
| **To:** | 'Eric Hunter' |
| **Cc:** | delaGarza,Laura C |
| **Subject:** | RE: Claim # ENW0969 |

Yes, I am the adjuster.  I need to inspect replacement and review what you have sent me can we talk Wednesday?

Laura de la Garza
General Adjuster
Business Insurance Major Case
9402 Wildstone Place
San Antonio, Texas 78254
210 680-6827 phone
877 265 -1143 fax
210 859-1637 cell
ldelagar@travelers.com

 **TRAVELERS**

★

---

**From:** Eric Hunter [mailto:ehunter@precisionconstructionandroofing.com]
**Sent:** Monday, December 10, 2012 3:38 PM
**To:** delaGarza,Laura C
**Subject:** Claim # ENW0969

Ms. Garza, We have completed work on the United Commerce Center claim # ENW0969. I faxed over a supplemental invoice and a request for depreciation. I was wondering if you are still the adjuster on this claim and if you could go over the supplement with me. I have attached the fax and invoice.

Thank you for your time,
Eric Hunter
817.917.2296

TRAV 299

**delaGarza,Laura C**

| | |
|---|---|
| **From:** | delaGarza,Laura C |
| **Sent:** | Monday, December 10, 2012 4:41 PM |
| **To:** | 'Blake Kilpatrick' |
| **Cc:** | delaGarza,Laura C |
| **Subject:** | FW: Claim # ENW0969 |
| **Attachments:** | United Commerce Center.pdf |

Please review and let's talk Wednesday.

Laura de la Garza
General Adjuster
Business Insurance Major Case
9402 Wildstone Place
San Antonio, Texas 78254
210 680-6827 phone
877 265 -1143 fax
210 859-1637 cell
ldelagar@travelers.com

**TRAVELERS**🦪

★

**From:** Eric Hunter [mailto:ehunter@precisionconstructionandroofing.com]
**Sent:** Monday, December 10, 2012 3:38 PM
**To:** delaGarza,Laura C
**Subject:** Claim # ENW0969

Ms. Garza, We have completed work on the United Commerce Center claim # ENW0969. I faxed over a supplemental invoice and a request for depreciation. I was wondering if you are still the adjuster on this claim and if you could go over the supplement with me. I have attached the fax and invoice.

Thank you for your time,
Eric Hunter
817.917.2296

TRAV 300

**delaGarza,Laura C**

| | |
|---|---|
| **From:** | delaGarza,Laura C |
| **Sent:** | Wednesday, December 12, 2012 6:49 AM |
| **To:** | 'Blake Kilpatrick' |
| **Cc:** | delaGarza,Laura C |
| **Subject:** | FW: Claim # ENW0969 |

Have you had a chance to look at supplement?  I need to call him today-would like some feedback from you.

Laura de la Garza
General Adjuster
Business Insurance Major Case
9402 Wildstone Place
San Antonio, Texas 78254
210 680-6827 phone
877 265 -1143 fax
210 859-1637 cell
ldelagar@travelers.com

**TRAVELERS** 

★

---

**From:** delaGarza,Laura C
**Sent:** Tuesday, December 11, 2012 2:55 PM
**To:** 'Eric'
**Cc:** delaGarza,Laura C
**Subject:** RE: Claim # ENW0969

Yes, I will call him tomorrow.

Laura de la Garza
General Adjuster
Business Insurance Major Case
9402 Wildstone Place
San Antonio, Texas 78254
210 680-6827 phone
877 265 -1143 fax
210 859-1637 cell
ldelagar@travelers.com

**TRAVELERS**

★

---

**From:** Eric [mailto:ehunter@precisionconstructionandroofing.com]
**Sent:** Tuesday, December 11, 2012 12:55 PM
**To:** delaGarza,Laura C
**Subject:** Re: Claim # ENW0969

Yes ma'am. Can you call Josh Birdwell at <u>8138441115</u>. He is the project manager for this project

APP 14

TRAV 301

and will be available all day to discuss the claim. I will get with Josh later in the evening to discuss any documentation that you may need and will get it to you.

Thank you, Eric Hunter

Sent from my iPhone

On Dec 10, 2012, at 4:38 PM, "delaGarza,Laura C" <LDELAGAR@travelers.com> wrote:

> Yes, I am the adjuster.  I need to inspect replacement and review what you have sent me can we talk Wednesday?
>
> Laura de la Garza
> General Adjuster
> Business Insurance Major Case
> 9402 Wildstone Place
> San Antonio, Texas 78254
> 210 680-6827 phone
> 877 265 -1143 fax
> 210 859-1637 cell
> ldelagar@travelers.com
> <image001.gif>
>
> ---------------------------------------------------------------------
> **From:** Eric Hunter [mailto:ehunter@precisionconstructionandroofing.com]
> **Sent:** Monday, December 10, 2012 3:38 PM
> **To:** delaGarza,Laura C
> **Subject:** Claim # ENW0969
>
> Ms. Garza, We have completed work on the United Commerce Center claim # ENW0969. I faxed over a supplemental invoice and a request for depreciation. I was wondering if you are still the adjuster on this claim and if you could go over the supplement with me. I have attached the fax and invoice.
>
> Thank you for your time,
> Eric Hunter
> 817.917.2296
> ===================================================================
> This communication, including attachments, is confidential, may be subject to legal privileges, and is intended for the sole use of the addressee. Any use, duplication, disclosure or dissemination of this communication, other than by the addressee, is prohibited. If you have received this communication in error, please notify the sender immediately and delete or destroy this communication and all copies.

**delaGarza,Laura C**

| | |
|---|---|
| **From:** | delaGarza,Laura C |
| **Sent:** | Friday, December 14, 2012 3:41 PM |
| **To:** | 'Eric Hunter' |
| **Cc:** | delaGarza,Laura C |
| **Subject:** | RE: United Commerce |

I do not owe for rotten decking.  It is a pre-existing condition.  Sorry!   As to the "nail able surface" please send ma a copy of that, I have never seen it.

Laura de la Garza
General Adjuster
Business Insurance Major Case
9402 Wildstone Place
San Antonio, Texas 78254
210 680-6827 phone
877 265 -1143 fax
210 859-1637 cell
ldelagar@travelers.com

 **TRAVELERS**

★

---

**From:** Eric Hunter [mailto:ehunter@precisionconstructionandroofing.com]
**Sent:** Friday, December 14, 2012 1:28 PM
**To:** delaGarza,Laura C
**Subject:** Re: United Commerce

Ms. de la Garza, I have attached the signed contract that we have with your policy holder. I under stand that the deteriorated decking was not discussed before hand but we also did not know that the metal decking was rotten until we started removing the old roof. We also didn't know a total to bill until the roof was complete. The policy reads that Travelers owes for a nailable surface which rotten decking can not be considered a nailable surface so Travelers would owe for the decking. Please let me know if you have any other questions.

Thank you , Eric Hunter
817.917.2296

On Wed, Dec 12, 2012 at 11:35 AM, delaGarza,Laura C <LDELAGAR@travelers.com> wrote:
I spoke to Josh.  He is in the hospital and I would prefer not to bother him.  I have sent the supplement you have sent us to my construction expert, but I note that you have not provided the contract that you had with my insured nor does it show what work was done and what was charged.  All it shows is a supplement and tax.  Josh also advised that the decking was deteriorated and it had to be replaced.  That is a a pre-existing condition that is excluded under the policy.  We also take exception that this matter was not discussed with us at all prior to the work you all did.  You need to provide me the contract and also proof of what you have invoiced our insured.  Is don Lamont still involved in this situation?

Laura de la Garza
General Adjuster
Business Insurance Major Case
9402 Wildstone Place

San Antonio, Texas 78254
210 680-6827 phone
877 265 -1143 fax
210 859-1637 cell
ldelagar@travelers.com

*TRAVELERS* 

★

=============================================================================
This communication, including attachments, is confidential, may be subject to legal privileges, and is intended for the sole use of the addressee. Any use, duplication, disclosure or dissemination of this communication, other than by the addressee, is prohibited. If you have received this communication in error, please notify the sender immediately and delete or destroy this communication and all copies.

**delaGarza,Laura C**

| | |
|---|---|
| **From:** | delaGarza,Laura C |
| **Sent:** | Saturday, December 15, 2012 5:09 AM |
| **To:** | 'Eric Hunter' |
| **Cc:** | delaGarza,Laura C; 'Blake Kilpatrick' |

**Subject:** RE: United Commerce

Can you give me the name of the person that signed this contract?  I also need for you to submit to me copies of invoices billed to our insured and also proof of payments.  What did they pay you so far and how much.  Josh said you had photos.  We would like copies.  Blake should be calling you soon.

Laura de la Garza
General Adjuster
Business Insurance Major Case
9402 Wildstone Place
San Antonio, Texas 78254
210 680-6827 phone
877 265 -1143 fax
210 859-1637 cell
ldelagar@travelers.com

 

**TRAVELERS**

★

---

**From:** Eric Hunter [mailto:ehunter@precisionconstructionandroofing.com]
**Sent:** Friday, December 14, 2012 1:28 PM
**To:** delaGarza,Laura C
**Subject:** Re: United Commerce

Ms. de la Garza, I have attached the signed contract that we have with your policy holder. I under stand that the deteriorated decking was not discussed before hand but we also did not know that the metal decking was rotten until we started removing the old roof. We also didn't know a total to bill until the roof was complete. The policy reads that Travelers owes for a nailable surface which rotten decking can not be considered a nailable surface so Travelers would owe for the decking. Please let me know if you have any other questions.

Thank you , Eric Hunter
817.917.2296

On Wed, Dec 12, 2012 at 11:35 AM, delaGarza,Laura C <LDELAGAR@travelers.com> wrote:
I spoke to Josh.  He is in the hospital and I would prefer not to bother him.  I have sent the supplement you have sent us to my construction expert, but I note that you have not provided the contract that you had with my insured nor does it show what work was done and what was charged.  All it shows is a supplement and tax.  Josh also advised that the decking was deteriorated and it had to be replaced.  That is a a pre-existing condition that is excluded under the policy.  We also take exception that this matter was not discussed with us at all prior to the work you all did.  You need to provide me the contract and also proof of what you have invoiced our insured.  Is don Lamont still involved in this situation?

Laura de la Garza
General Adjuster

Business Insurance Major Case
9402 Wildstone Place
San Antonio, Texas 78254
210 680-6827 phone
877 265 -1143 fax
210 859-1637 cell
ldelagar@travelers.com



**TRAVELERS**



★

=====================================================================
This communication, including attachments, is confidential, may be subject to legal privileges, and is
intended for the sole use of the addressee. Any use, duplication, disclosure or dissemination of this
communication, other than by the addressee, is prohibited. If you have received this communication in
error, please notify the sender immediately and delete or destroy this communication and all copies.

**delaGarza,Laura C**

| | |
|---|---|
| **From:** | Blake Kilpatrick [blake@rmc-disaster.com] |
| **Sent:** | Saturday, December 15, 2012 12:40 PM |
| **To:** | don@dalamont.com |
| **Cc:** | delaGarza,Laura C |
| **Subject:** | FW: United Commerce Center Supplement Review |

Don,

I left you a message regarding the below issue.  We have received a supplement invoice from the roofer for 86 SQ of metal decking and some other misc. items totalling  $192, 862.95.  Would you tell me if you are still involved in the claim as the insured's PA?  If so, I'll direct all my correspondence to you. Also, if you know anything about this supplement please include your comments.  Thanks.

Sincerely,
RMC, LLP

Blake Kilpatrick
832-309-4528

**From:** Blake Kilpatrick [mailto:blake@rmc-disaster.com]
**Sent:** Saturday, December 15, 2012 12:17 PM
**To:** 'ehunter@precisionconstructionandroofing.com'
**Subject:** United Commerce Center Supplement Review

Mr., Hunter;

I am Laura de la Garza's (Travelers) construction consultant on the UCC claim in Fort Worth.  She has forwarded to me your contract and supplemental invoice for $192,8862.95.  She has requested that I review your submittal for a supplement.  The following are a few item I will need for my review:

1. Copies of cancelled checks to you indicating previous payments for the repair work.
2. Copies of previous invoices to the insured for completed work.
3. Copies of releases of lien for work that was paid for. (or conditional releases of lien)
4. Any photos indicating additional damages that you believe may have been omitted from the insurance estimate.

I would also like to schedule a date and time to inspect the completed work.  Please let me know when you or someone from your company will be available to meet at the jobsite.  I will make arrangements to meet you at a time that is at everyone's convenience.

I have left messages for you and Rick Hunter regarding the same request for information mentioned above.

TRAV 307

I can be contacted anytime at 832-390-4528 or at blake@rmc-disaster.com.  Thank you.

Sincerely;
RMC, LLP

Blake Kilpatrick
832-309-4528

TRAV  308

**From:** Blake Kilpatrick [mailto:blake@rmc-disaster.com]
**Sent:** Monday, January 07, 2013 10:01 AM
**To:** 'jhunter@precisionconstructionandroofing.com'
**Subject:** UCC roof cost

Rick,

Laura sent me the photos that your office forwarded to her.  Do you have the cost data we discussed invoices, checks, etc.  If you would, please forward any information that you may have so we can complete our review. Thanks for your help.

Sincerely,
RMC, LLP


Blake Kilpatrick
832-309-4528 cell
================================================================
This communication, including attachments, is confidential, may be subject to legal privileges, and is intended for the sole use of the addressee. Any use, duplication, disclosure or dissemination of this communication, other than by the addressee, is prohibited. If you have received this communication in error, please notify the sender immediately and delete or destroy this communication and all copies.

================================================================
This communication, including attachments, is confidential, may be subject to legal privileges, and is intended for the sole use of the addressee. Any use, duplication, disclosure or dissemination of this communication, other than by the addressee, is prohibited. If you have received this communication in error, please notify the sender immediately and delete or destroy this communication and all copies.

TRAV 309

REDACTED

---

**From:** Mika Hunter [mailto:mhunter@precisionconstructionandroofing.com]
**Sent:** Wednesday, January 09, 2013 1:45 PM
**To:** Blake Kilpatrick
**Subject:** Re: United Commerce Center

Blake, Would it help if we were to send you a final invoice? I believe we had sent one to Ms. De La Garza. Typically, for jobs completed for insurance proceeds we are just asked for a final invoice for depreciation to be released. Also, we did not give UCC an invoice for the checks we collected.

On Wed, Jan 9, 2013 at 8:47 AM, Blake Kilpatrick <blake@rmc-disaster.com> wrote:
Mika,

What I'm tring to do is total all the cost incurred to date for the roof repairs at UCC. This will determine the release of the insurance hold back by Travelers. **If you know of any costs other than what you have forwarded to me, please let me know.**

Thanks,
RMC, LP

Blake Kilpatrick
832-309-4528


**From:** Mika Hunter [mailto:mhunter@precisionconstructionandroofing.com]
**Sent:** Tuesday, January 08, 2013 5:04 PM
**To:** blake@rmc-disaster.com
**Subject:** Fwd: United Commerce Center


Hi Blake, Rick called me and asked that I send a lien waiver and a copy of the checks the United Commerce Center have paid us. He also said that the dump reciepts that we had sent before had dupicates. There were 3 dumpsters and each dumpster recieved its own slip. I'm not sure if that was the confusion. I have included the statements for the dumpsters. I think there is one missing and I will get that to you asap. We also had overages that were charged to one of our credit cards. Please let me know if there is anything else you need!

Mika

Hunter

================================================================
This communication, including attachments, is confidential, may be subject to legal privileges, and is
intended for the sole use of the addressee. Any use, duplication, disclosure or dissemination of this
communication, other than by the addressee, is prohibited. If you have received this communication in
error, please notify the sender immediately and delete or destroy this communication and all copies.

================================================================
This communication, including attachments, is confidential, may be subject to legal privileges, and is
intended for the sole use of the addressee. Any use, duplication, disclosure or dissemination of this
communication, other than by the addressee, is prohibited. If you have received this communication in
error, please notify the sender immediately and delete or destroy this communication and all copies.

REDACTED

**From:** Mika Hunter [mailto:mhunter@precisionconstructionandroofing.com]
**Sent:** Thursday, January 10, 2013 11:26 AM
**To:** Blake Kilpatrick
**Subject:** Re: United Commerce Center

Blake, I had a baby less than a week ago and am doing my best to get back to work but am now sick. I will get with Rick and see if he can help one of the office girls help get this taken care of. I just physically can't do it right now.

Sent from my iPhone

On Jan 10, 2013, at 11:17 AM, "Blake Kilpatrick" <blake@rmc-disaster.com> wrote:

> Mika,
>
> I need a reply please, of some type. I have left you a message with my number it's 832-309-4528. I really need your invoices or whatever you may have indicating your TOTAL cost of the roof repair job at UCC.

TRAV 312

Thanks,
RMC, LLP


Blake Kilpatrick

**From:** Mika Hunter [mailto:mhunter@precisionconstructionandroofing.com]
**Sent:** Wednesday, January 09, 2013 1:45 PM
**To:** Blake Kilpatrick
**Subject:** Re: United Commerce Center

Blake, Would it help if we were to send you a final invoice? I believe we had sent one to Ms. De La Garza. Typically, for jobs completed for insurance proceeds we are just asked for a final invoice for depreciation to be released. Also, we did not give UCC an invoice for the checks we collected.

On Wed, Jan 9, 2013 at 8:47 AM, Blake Kilpatrick <blake@rmc-disaster.com> wrote:
Mika,

What I'm tring to do is total all the cost incurred to date for the roof repairs at UCC. This will determine the release of the insurance hold back by Travelers. If you know of any costs other than what you have forwarded to me, please let me know.

Thanks,
RMC, LP

Blake Kilpatrick
832-309-4528


**From:** Mika Hunter [mailto:mhunter@precisionconstructionandroofing.com]
**Sent:** Tuesday, January 08, 2013 5:04 PM
**To:** blake@rmc-disaster.com
**Subject:** Fwd: United Commerce Center


Hi Blake, Rick called me and asked that I send a lien waiver and a copy of the checks the United Commerce Center have paid us. He also said that the dump reciepts that we had sent before had dupicates. There were 3 dumpsters and each dumpster recieved its own slip. I'm not sure if that was the confusion. I have included the statements for the dumpsters. I think there is one missing and I will get that to you asap. We also had overages that were charged to one of our credit cards. Please let me know if there is anything else you need!


Mika Hunter

TRAV 313

**delaGarza,Laura C**

| | |
|---|---|
| **From:** | Blake Kilpatrick [blake@rmc-disaster.com] |
| **Sent:** | Thursday, January 10, 2013 12:59 PM |
| **To:** | mcasias@precisionconstructionandroofing.com |
| **Cc:** | delaGarza,Laura C |
| **Subject:** | Cost Information Request for UCC |

Just to reiterate, I am requesting any and all cost information that would establish the dollar amount that Precision billed to UCC for the recent roof repairs. Thus far, I have received checks number 5877, 5811, 5790 totaling $545, 475. I have also received the 'supplement' invoice for the decking in the amount of $192k. If there is anything else pending please submit it as soon as possible.


Thanks You,
RMC, LLP

Blake Kilpatrick
832-309-4528

TRAV 314

**delaGarza,Laura C**

| | |
|---|---|
| **From:** | Blake Kilpatrick [blake@rmc-disaster.com] |
| **Sent:** | Friday, January 11, 2013 5:35 PM |
| **To:** | 'Blake Kilpatrick' |
| **Cc:** | delaGarza,Laura C |
| **Subject:** | RE: Cost Information Request for UCC |

Monique,

There is also a discrepancy between the check amount / Lien releases and what the final invoice states that you have been paid.  $545, 475 vs $644,442. 53.

Please look into this.  These numbers are all over the place and it's corrupting my report.  I'll call you Monday, Thanks.


Sincerely,
RMC, LLP

Blake Kilpatrick
832-390-4528


**From:** Blake Kilpatrick [mailto:blake@rmc-disaster.com]
**Sent:** Friday, January 11, 2013 5:04 PM
**To:** 'Monique Casias'
**Subject:** RE: Cost Information Request for UCC

Monique,

I have a discepancy between the supplemental invoice I received of $187, 068.01 and what is indicated on your final invoice for the supplement $192, 862.95.  Any thoughts?  Am I missing another invoice? Please check this out next week, Thanks.

Sincerely,
RMC, LLP


Blake Kilpatrick
832-309-4528

**From:** Monique Casias [mailto:mcasias@precisionconstructionandroofing.com]
**Sent:** Thursday, January 10, 2013 4:01 PM
**To:** Blake Kilpatrick
**Subject:** Re: Cost Information Request for UCC

Blake:

Attached is the final invoice. Let me know if this is what you needed. Thanks for your patience.

TRAV 315

Have a wonderful evening.

Respectfully,
Monique Casias
817-875-0798
817-519-8985 Office
mcasias@precisionconstructionandroofing.com

On Thu, Jan 10, 2013 at 12:59 PM, Blake Kilpatrick <blake@rmc-disaster.com> wrote:

Just to reiterate, I am requesting any and all cost information that would establish the dollar amount that Precision billed to UCC for the recent roof repairs. Thus far, I have received checks number 5877, 5811, 5790 totaling $545, 475. I have also received the 'supplement' invoice for the decking in the amount of $192k. If there is anything else pending please submit it as soon as possible.


Thanks You,
RMC, LLP

Blake Kilpatrick
832-309-4528

**delaGarza,Laura C**

| | |
|---|---|
| **From:** | delaGarza,Laura C |
| **Sent:** | Saturday, January 19, 2013 5:57 AM |
| **To:** | 'Don Lamont' |
| **Cc:** | delaGarza,Laura C |
| **Subject:** | RE: united commerce |

We spoke try to get me information on actual amounts paid by the insured.  Roofer only supplied $545,000 in check copies.  Based on that  insured will pay PA and what else will be paid?  It would help me to know what you will be getting paid.  I have asked Blake to estimate work that was actually done to compare to what we owed.  Many things we paid for were not done.  Only receipts we have are dumpster invoices.  Don't really know how much material or labor.  We have based this on xactimate, but what is actually being incurred needs to be validated by the roofer, you, or somebody.  I can only justify so much.  What does the insured owe you?  10% of what number?

Laura de la Garza
General Adjuster
Business Insurance Major Case
9402 Wildstone Place
San Antonio, Texas 78254
210 680-6827 phone
877 265 -1143 fax
210 859-1637 cell
ldelagar@travelers.com

 

**TRAVELERS**

★

---

**From:** Don Lamont [mailto:don@dalamont.com]
**Sent:** Friday, January 18, 2013 9:44 AM
**To:** delaGarza,Laura C
**Subject:** Re: united commerce

You can call me any time before 12

Sent from my iPad

On Jan 17, 2013, at 3:36 PM, "delaGarza,Laura C" <LDELAGAR@travelers.com> wrote:

> I need to talk to you about this claim.  When would be a good time?
>
> Laura de la Garza
> General Adjuster
> Business Insurance Major Case
> 9402 Wildstone Place
> San Antonio, Texas 78254
> 210 680-6827 phone
> 877 265 -1143 fax
> 210 859-1637 cell
> ldelagar@travelers.com
> <image001.gif>
>
> ==================================================================
> This communication, including attachments, is confidential, may be subject to legal privileges, and is intended for the sole use of the addressee. Any use, duplication, disclosure or dissemination of this communication, other than by the addressee, is prohibited. If you have received this communication in error, please notify the sender immediately and delete or destroy this communication and all copies.

**delaGarza,Laura C**

| | |
|---|---|
| **From:** | delaGarza,Laura C |
| **Sent:** | Friday, January 25, 2013 6:41 AM |
| **To:** | 'Don Lamont' |
| **Cc:** | delaGarza,Laura C |

**Subject:** United Commerce

Sorry I missed your call yesterday.  You are welcome to call me today after 8am.  If we do not connect, Please leave me your cell number and I will call you back.  I have many calls today, but we do need to discuss.  Thanks

Laura de la Garza
General Adjuster
Business Insurance Major Case
9402 Wildstone Place
San Antonio, Texas 78254
210 680-6827 phone
877 265 -1143 fax
210 859-1637 cell
ldelagar@travelers.com



★

**delaGarza,Laura C**

| | |
|---|---|
| **From:** | Don Lamont [don@dalamont.com] |
| **Sent:** | Monday, February 11, 2013 6:36 PM |
| **To:** | delaGarza,Laura C |
| **Subject:** | Re: Xactimate: UNITEDCOMMERCE6 |

Laura,

I hope you are doing well. I wanted to discuss the RCV payment on this claim. I know you sent Blake back to inspect and he rewrote the estimate. I was wanting to meet him out there if possible because he has missed a few items. First of all, on his new estimate he took out parapet walls but did not add them in on his sq. ft. of the foam and coating. he also took out the detach and reset items on several line items. He also took out high charge etc... Please let me know when he is available to meet. Also can you release the undisputed amounts at this time? Please advise

On Jan 24, 2013, at 2:33 PM, delaGarza,Laura C wrote:

> Please see estimate from Blake on the actual work done on United.  The corrected original
> estimate rcv-acv also attached.  I am not certain which way to go on this claim, but proof of
> payment is at approximately $545,000.  The new acv is the most that I should owe, etc.
> Please review and we can discuss.  I am available until 3:30 today or tomorrow at anytime.
> Please let me know.
>
> Laura de la Garza
> General Adjuster
> Business Insurance Major Case
> 9402 Wildstone Place
> San Antonio, Texas 78254
> 210 680-6827 phone
> 877 265 -1143 fax
> 210 859-1637 cell
> ldelagar@travelers.com
> <image001.gif>
>
> ---
> **From:** Blake Kilpatrick [mailto:blake@rmc-disaster.com]
> **Sent:** Thursday, January 24, 2013 11:17 AM
> **To:** delaGarza,Laura C
> **Subject:** Xactimate: UNITEDCOMMERCE6
>
> Laura,
>
> This ones named #6 and if you open it says "Completed Repairs" .   This should represent
> just the work completed by the roofer to date.  (which is all the work)
>
> Thanks,
>
> Blake Kilpatrick
>
> R M C, LLP
> 18382 FM 306, Suite 103
> Canyon Lake, Texas 78133
>
> Phone: 832-309-4528

TRAV 319

blake@rmc-disaster.com
www.rmc-disaster.com

===========================================================================
====

This communication, including attachments, is confidential, may be subject to legal privileges, and is intended for the sole use of the addressee. Any use, duplication, disclosure or dissemination of this communication, other than by the addressee, is prohibited. If you have received this communication in error, please notify the sender immediately and delete or destroy this communication and all copies.

<Final Draft with_without Removal Depreciation.pdf><UNITEDCOMMERCE2_Final Draft Separate Coverage Type.pdf><Original estimate corrected.pdf>

TRAV 320

**delaGarza,Laura C**

From:      delaGarza,Laura C
Sent:      Monday, February 11, 2013 6:57 PM
To:        'Don Lamont'
Cc:        delaGarza,Laura C; 'Blake Kilpatrick'
Subject:   RE: Xactimate: UNITEDCOMMERCE6

I will talk to Blake and releasing undisputed funds no problem.  Talk to you soon.

Laura de la Garza
General Adjuster
Business Insurance Major Case
9402 Wildstone Place
San Antonio, Texas 78254
210 680-6827 phone
877 265 -1143 fax
210 859-1637 cell
ldelagar@travelers.com

**TRAVELERS** 

★

From: Don Lamont [mailto:don@dalamont.com]
Sent: Monday, February 11, 2013 6:36 PM
To: delaGarza,Laura C
Subject: Re: Xactimate: UNITEDCOMMERCE6

Laura,
   I hope you are doing well. I wanted to discuss the RCV payment on this claim. I know you sent
Blake back to inspect and he rewrote the estimate. I was wanting to meet him out there if
possible because he has missed a few items. First of all, on his new estimate he took out parapet
walls but did not add them in on his sq. ft. of the foam and coating. he also took out the detach
and reset items on several line items. He also took out high charge etc... Please let me know
when he is available to meet. Also can you release the undisputed amounts at this time? Please
advise
On Jan 24, 2013, at 2:33 PM, delaGarza,Laura C wrote:

Please see estimate from Blake on the actual work done on United.  The corrected original estimate rcv-
acv also attached.  I am not certain which way to go on this claim, but proof of payment is at
approximately $545,000.  The new acv is the most that I should owe, etc.  Please review and we can
discuss.  I am available until 3:30 today or tomorrow at anytime.  Please let me know.

Laura de la Garza
General Adjuster
Business Insurance Major Case
9402 Wildstone Place
San Antonio, Texas 78254
210 680-6827 phone

TRAV 321

877 265 -1143 fax
210 859-1637 cell
ldelagar@travelers.com
<image001.gif>

---

**From:** Blake Kilpatrick [mailto:blake@rmc-disaster.com]
**Sent:** Thursday, January 24, 2013 11:17 AM
**To:** delaGarza,Laura C
**Subject:** Xactimate: UNITEDCOMMERCE6

Laura,

This ones named #6 and if you open it says "Completed Repairs" .   This should represent just the work completed by the roofer to date.  (which is all the work)

Thanks,

Blake Kilpatrick

R M C, LLP
18382 FM 306, Suite 103
Canyon Lake, Texas 78133

Phone: 832-309-4528
blake@rmc-disaster.com
www.rmc-disaster.com

===================================================================
This communication, including attachments, is confidential, may be subject to legal privileges, and is intended for the sole use of the addressee. Any use, duplication, disclosure or dissemination of this communication, other than by the addressee, is prohibited. If you have received this communication in error, please notify the sender immediately and delete or destroy this communication and all copies.

<Final Draft with_without Removal Depreciation.pdf><UNITEDCOMMERCE2_Final Draft Separate Coverage Type.pdf><Original estimate corrected.pdf>

**delaGarza,Laura C**

| | |
|---|---|
| **From:** | Blake Kilpatrick [blake@rmc-disaster.com] |
| **Sent:** | Tuesday, February 12, 2013 11:27 AM |
| **To:** | don@dalamont.com |
| **Cc:** | delaGarza,Laura C |
| **Subject:** | United Commerce Roof estimate |

Don,

Please call me when you get time.  I have reviewed your email to Laura regarding the parapet walls, high roof charge, and detach / reset items and would like to discuss it.


Thank you,
**RMC, LLP**

Blake Kilpatrick
832-309-4528


**Reconstruction Management, LLP**
18382 FM 306,  Suite 103
Canyon Lake, Texas 78133

Phone 832-309-4528,  Fax 830-935-2161
www.rmc-disaster.com

## delaGarza,Laura C

**From:** Blake Kilpatrick [blake@rmc-disaster.com]
**Sent:** Monday, February 25, 2013 7:18 PM
**To:** delaGarza,Laura C
**Subject:** FW: UCC Foam Cost

**From:** Don Lamont [mailto:don@dalamont.com]
**Sent:** Monday, February 25, 2013 6:14 PM
**To:** Blake Kilpatrick
**Subject:** Re: UCC Foam Cost

Blake,
 Sorry I have been tied up. I will try to get it to you tomorrow

Sent from my iPad

On Feb 20, 2013, at 2:22 PM, "Blake Kilpatrick" <blake@rmc-disaster.com> wrote:

> Don;
>
> Have you come up with any pricing information on the foam roof cost?  Travelers is asking
> me to complete this file.
>
>
>
> Thank you,
> **RMC, LLP**
>
> Blake Kilpatrick
> 832-309-4528
>
>
> **Reconstruction Management, LLP**
> 18382 FM 306,  Suite 103
> Canyon Lake, Texas 78133
>
> Phone 832-309-4528, Fax 830-935-2161
> www.rmc-disaster.com
>
> *NOTICE OF CONFIDENTIALITY: This communication and/or attachments, are confidential and may be subject to legal*
> *privileges. It is intended for the express use of the addressee. Any other dissemination, duplication, or disclosure of this*
> *communication is prohibited. If you have received this communication in error, please notify the sender immediately and*
> *delete or destroy all copies of this communication. Thank you RMC, LLP.*

TRAV  324

**delaGarza,Laura C**

| | |
|---|---|
| **From:** | Blake Kilpatrick [blake@rmc-disaster.com] |
| **Sent:** | Friday, March 01, 2013 2:13 PM |
| **To:** | delaGarza,Laura C |
| **Subject:** | FW: UCC Foam Cost |

For your file, here is the email Don Lamont sent me on the foam roof numbers.

Thanks,

Blake

**From:** Don Lamont [mailto:don@dalamont.com]
**Sent:** Wednesday, February 27, 2013 4:50 PM
**To:** Blake Kilpatrick
**Subject:** Re: UCC Foam Cost

Blake,
  I found two exactimate items that might help.
1. RFG SPF @5.37 sq ft.
2. RFG SPFRC  @3.55 sq ft. I can send you the info if you do not have it. Thanks
On Feb 20, 2013, at 2:22 PM, Blake Kilpatrick wrote:


Don;

Have you come up with any pricing information on the foam roof cost?  Travelers is asking me to complete this file.


Thank you,
**RMC, LLP**

Blake Kilpatrick
832-309-4528


**Reconstruction Management, LLP**
18382 FM 306, Suite 103
Canyon Lake, Texas 78133

Phone 832-309-4528,  Fax 830-935-2161
www.rmc-disaster.com

*NOTICE OF CONFIDENTIALITY: This communication and /or attachments, are confidential and may be subject to legal privileges. It is intended for the express use of the addressee. Any other dissemination, duplication, or disclosure of this communication is prohibited. If you have received this communication in error, please notify the sender immediately and delete or destroy all copies of this communication. Thank you RMC, LLP.*

TRAV  325

REDACTED

**From:** Don Lamont [mailto:don@dalamont.com]
**Sent:** Friday, March 08, 2013 3:14 PM
**To:** Blake Kilpatrick
**Subject:** Re: 3/7/13 Phone call

Blake,
  I have spoken to the roofer and he is taking care of all issues. Thanks
On Mar 8, 2013, at 1:18 PM, Blake Kilpatrick wrote:


Don,

Per our conversation this yesterday,  I have previously requested from the roofer any documentation

that would verify their roof repair expenses. To date, I have only received dumpster invoices and copies of checks the roofer received from the insured totaling some $575k. I have requested any and all invoices to vendors, subcontractors or suppliers that Precision Roofing may have paid to complete the roof replacement. In lieu of the individual vendor, subcontractor or supplier receipts we would also accept Precision's contract with the owner and corresponding applications for payments indicating the completion of the work and a description of the work that was completed. Thus far, a vague contract was provided that indicated no actual dollar amount for the work nor, was there any information of the roofer's applications for payment included (their invoices).

Any of these items are things that a contractor would have needed to submit a request for payment and are kept as a matter of normal jobsite / business protocol. Because the information I received was so limited, it was necessary to estimate an actual cost incurred for the roof replacement. No further information has been provided to me since then. If such information becomes available, I can then review it and make the appropriate revisions to my earlier recommendations. Until then, I have no additional documentation to review.

Any issues other than the above mentioned (payments, policy, etc.) should be discussed directly with the claims adjuster for the insurance company. Again, if additional information becomes available I will be glad to update my file accordingly.


Thank you,
**RMC, LP**

Blake Kilpatrick
832-309-4528


**Reconstruction Management, LP**
18382 FM 306, Suite 103
Canyon Lake, Texas 78133

Phone 832-309-4528, Fax 830-935-2161
www.rmc-disaster.com

*NOTICE OF CONFIDENTIALITY: This communication and /or attachments, are confidential and may be subject to legal privileges. It is intended for the express use of the addressee. Any other dissemination, duplication, or disclosure of this communication is prohibited. If you have received this communication in error, please notify the sender immediately and delete or destroy all copies of this communication. Thank you RMC, LLP.*

TRAV 327

-------- Original message --------
From: "delaGarza,Laura C" <LDELAGAR@travelers.com>
Date: 03/15/2013 4:28 AM (GMT-06:00)
To: 'Don Lamont' <don@dalamont.com>
Cc: 'Blake Kilpatrick' <blake@rmc-disaster.com>,"delaGarza,Laura C" <LDELAGAR@travelers.com>
Subject: RE: UCC

I have sent you the revised acv check that to date only checks for the acv have been paid.  The work has been done, yes, but the work that was done is not what is on your estimate/invoice.  Why is it hard for you to comprehend?  Blake did you get anything that is going to alter your recommendation in anyway, please let me know.  The last check should not be sent back.  It belongs to the policy holder.

Laura de la Garza
General Adjuster
Business Insurance Major Case
9402 Wildstone Place
San Antonio, Texas 78254
210 680-6827 phone
877 265 -1143 fax
210 859-1637 cell
ldelagar@travelers.com

**TRAVELERS** 

★

**From:** Don Lamont [mailto:don@dalamont.com]
**Sent:** Thursday, March 14, 2013 7:13 PM
**To:** delaGarza,Laura C
**Subject:** Re: UCC

I am still holding the last check you sent me, the customer wanted all of the rcv to him at one time. Do you want me to send it back to you? We have a signed contract and that is all Blake was wanting, the customer also dispersed the acv, the roof is finished. Can we please get Payment and close this claim?

Sent from my iPhone

On Mar 14, 2013, at 5:58 PM, "delaGarza,Laura C" <LDELAGAR@travelers.com> wrote:

> I sent your document to Blake to see if he has changes to make, but I now have another check to add to the actual validation of payments to roofer, this check of $98,967.51 plus the other $545,000 previously paid does not go over the acv paid.  So, I do not understand what your document is supposed to tell me.  You will have to explain.
>
> Laura de la Garza
> General Adjuster
> Business Insurance Major Case
> 9402 Wildstone Place
> San Antonio, Texas 78254

210 680-6827 phone
877 265 -1143 fax
210 859-1637 cell
ldelagar@travelers.com
<image001.gif>

**From:** Don Lamont [mailto:don@dalamont.com]
**Sent:** Thursday, March 14, 2013 4:42 PM
**To:** delaGarza,Laura C
**Subject:** Fwd: UCC

Let me know if you need anything else. Thank you

Sent from my iPad

Begin forwarded message:

> **From:** Joshua Birdwell <joshuabirdwell81@gmail.com>
> **Date:** March 14, 2013, 5:23:36 PM AST
> **To:** Don Lamont <don@dalamont.com>
> **Subject: UCC**

This communication, including attachments, is confidential, may be subject to legal privileges, and is intended for the sole use of the addressee. Any use, duplication, disclosure or dissemination of this communication, other than by the addressee, is prohibited. If you have received this communication in error, please notify the sender immediately and delete or destroy this communication and all copies.

TRVDiscDefault::1201

=================================================================
This communication, including attachments, is confidential, may be subject to legal privileges, and is intended for the sole use of the addressee. Any use, duplication, disclosure or dissemination of this communication, other than by the addressee, is prohibited. If you have received this communication in error, please notify the sender immediately and delete or destroy this communication and all copies.
=================================================================
This communication, including attachments, is confidential, may be subject to legal privileges, and is intended for the sole use of the addressee. Any use, duplication, disclosure or dissemination of this communication, other than by the addressee, is prohibited. If you have received this communication in error, please notify the sender immediately and delete or destroy this communication and all copies.

=================================================================
This communication, including attachments, is confidential, may be subject to legal privileges, and is intended for the sole use of the addressee. Any use, duplication, disclosure or dissemination of this communication, other than by the addressee, is prohibited. If you have received this communication in error, please notify the sender immediately and delete or destroy this communication and all copies.

# EXHIBIT D

Claim Information

| CLAIM AFO: | LOSS DESIGNATOR: | CLAIM: | CLAIMANT: |
|---|---|---|---|
| **877** | **FR** | **EUR0543** | **000-File Level** |
| LOSS DATE: | ACCIDENT STATE: | STATUS: | NOL INSURED NAME: |
| **5/24/2011** | **TX** | **ACTIVE** | **/UNITED COMMERCE CENTER, INC.** |
| CLAIM HANDLER PERS: | SUPERVISOR PERS: | | |
| **BRH** | **DWN** | | |
| CAUSE OF LOSS: | | | |
| **Hail** | | | |

| Date | Author | Topic | Subject | Claimant (Level) |
|---|---|---|---|---|
| 6/15/2012 11:26:06 AM | ILE - | General | NOTICE TAKER INFORMATION - | 000 FILE LEVEL |

OFFICE    : 252  - CLAIM CUSTOMER SERVICE-PL

NOTICE TAKER: ILE  - IVY THOMAS EVANS

TELEPHONE  : (866) 661-9041

| 6/15/2012 11:26:30 AM | GENERATED NOTE - 039 | Assignment | INITIAL ASSIGNMENT - | 000 FILE LEVEL |

DEF SUPV - NO CH IN TERR    *OFFICE ASSIGNMENT DETERMINED BY TRAVPRO*

| 6/15/2012 11:26:38 AM | LAURA DELAGARZA - 877 | General | ACCIDENT DESCRIPTION - | 000 FILE LEVEL |

HAIL DMG TO THE PROPERTYCARGO DAMAGE INDICATOR VALUE IS:  N

CARGO TRANSIT INDICATOR VALUE IS:

| 6/15/2012 11:26:38 AM | ILE - 039 | General | CLAIMANT PROPERTY DAMAGE DESCRIPTION - | 001 INS - UNITED COMMERCE CENTER, INC. |

HAIL DMG TO THE PROPERTY

| 6/15/2012 11:26:39 AM | SYS - 039 | General | ISO CLAIMSEARCH SUBMISSION - | 001 INS - UNITED COMMERCE CENTER, INC. |

CLAIM INFORMATION SENT TO ISO FOR: INITIAL CLAIMSEARCH REPORT

| 6/15/2012 11:26:39 AM | C800 - 039 | General | REMARKS NOTE TAKEN BY 800 TELEPHONE REPORTING - | 000 FILE LEVEL |

**TRAV 330**

| Date | Author | Topic | Subject | Claimant (Level) |
|------|--------|-------|---------|------------------|
| //TRAVPRO REMARKS: ***** BUILDING DAMAGE NOTES: HAIL DMG TO THE PROPERTY | | | | |

CARGO DAMAGE INDICATOR VALUE IS:  N

CARGO TRANSIT INDICATOR VALUE IS:

| Date | Author | Topic | Subject | Claimant (Level) |
|------|--------|-------|---------|------------------|
| 6/15/2012 11:26:45 AM | SYS - 039 | General | ISO CLAIM SEARCH REPORT - | 001 INS - UNITED COMMERCE CENTER, INC. |

ISO CLAIM SEARCH REPORT RECEIVED DUE TO INITIAL SUBMISSION

| Date | Author | Topic | Subject | Claimant (Level) |
|------|--------|-------|---------|------------------|
| 6/15/2012 1:04:03 PM | SYS - | General | XACTIMATE REQUEST - | 001 INS - UNITED COMMERCE CENTER, INC. |

XACTIMATE REQUEST SENT TO AWATTS   ON 06/15/2012

| Date | Author | Topic | Subject | Claimant (Level) |
|------|--------|-------|---------|------------------|
| 6/15/2012 1:04:12 PM | CHRISTINE A CAHILL - 039 | Assignment | REASSIGNMENT - | 000 FILE LEVEL |

OFFICE: 039 CHRISTINE A CAHILL-CAC1 reassigned claim/claimant from PROPERTY

  ASSIGN CORD-PAC1 to ASAH WATTS-AW

TRAV 331

| Date | Author | Topic | Subject | Claimant (Level) |
|------|--------|-------|---------|------------------|
| 6/15/2012 1:04:14 PM | CHRISTINE A CAHILL - 039 | Assignment | REASSIGNMENT - | 001 INS - UNITED COMMERCE CENTER, INC. |

OFFICE: 039 CHRISTINE A CAHILL-CAC1 reassigned claim/claimant from PROPERTY

ASSIGN CORD-PAC1 to ASAH WATTS-AW

| | | | | |
|------|--------|-------|---------|------------------|
| 6/15/2012 1:04:25 PM | SYS - | General | XACTIMATE REQUEST ACCEPTED - | 001 INS - UNITED COMMERCE CENTER, INC. |

XACTIMATE REQUEST SENT TO AWATTS   ON 06/15/2012 WAS ACCEPTED.

| | | | | |
|------|--------|-------|---------|------------------|
| 6/15/2012 5:23:15 PM | ASAH WATTS - 039 | Contact | - | 000 FILE LEVEL |

INITIAL CONTACT/COVERAGE:


DATE & TIME OF CONTACT: 06.15 inspect,    0300 pm


SPOKE TO:  Mr. Lamont, he is a PA handling claim, he is faxing over LOR

per my request


E-MAIL ADDRESS:  confirmed.


LOSS LOCATION:    confirmed


THE FACTS AND EXTENT OF THE LOSS:

Storms with large hail damaged roof


AGE OF THE ROOF:  unsure


TYPE OF ROOF:  flat built up roof

APP 46

| Date | Author | Topic | Subject | Claimant (Level) |
|------|--------|-------|---------|------------------|

NUMBER OF STORIES:  1 to 2


INTERIOR LEAKS PRESENT:  none

    IF SO, WHERE?


DAMAGE TO CONTENTS:  none


DATE AND TIME FOR INSPECTION:  June 18 11-12


POSSIBLE SUBRO POTENTIAL: no is weather related

BASED ON INFORMATION AVAILABLE FROM 1ST CONTACT


Discussed the procedures, timeframes, duties and responsibilities with the

insured.


COVERAGE:


POLICY FORM:  Wholesalers Pac


Date of Loss  05/24/12 is within Policy Period yes.


DOL CONFIRMED BY CAT 48


APPLICABLE ENDORSEMENTS THAT AFFECT COVERAGE OR LOSS SETTLEMENT:

TRAV 333

| Date | Author | Topic | Subject | Claimant (Level) |
|------|--------|-------|---------|-------------------|

COVERAGE:

Property is Building 001 Location 001

Policy limit is $3,800,000 with 1000 deductible

Policy is replacement cost

No coinsurance requirement

Policy is all risks less exclusions, hail is not listed exclusion

therefore damage caused by hail is covered.


PRIOR LOSSES:   none show


ISO MATCHES: Prior loss from hail in 2009 is hail related but no damage

was found from hail.

Loss in 2008 is different location not related

Loss in 2011 Is different location not related

Loss in 2010 is related, we found interior damage

and called engineer out for roof inspection, found no damage, claim shows

in appraisal, I called CH handling claim and he said that appraisal was

dropped, insured decided to file claim for recent hail storms.

| 6/18/2012 2:22:27 PM | ASAH WATTS - 039 | Damages/Verification | | 001 INS UNITED COMMERCE CENTER, INC. |

INSPECTION:


DATE INSPECTED:  06.18        MET WITH:  PA.  Don Lamont

Discussed the scope, coverage's, procedures, timeframes, duties and

responsibilities with the customer

| Date | Author | Topic | Subject | Claimant (Level) |
|------|--------|-------|---------|------------------|

FACTS / CAUSE OF LOSS BASED ON INSPECTION:   alleged hail damage to roof

from storms in May of 2011


CAUSE OF LOSS CODE:   25 - HAIL (confirmed in Claim Platform)    CAT

CODE:


WILL A SECOND CLAIM BE FILED DUE TO DOL DIFFERENCE (INTERIOR vs. ROOF): no


RELATED PRIOR CLAIMS:   yes, have been addressed


SCOPE NOTES ATTACHED TO:    no scope. Notes no additional damages found

from previous claim


EAGLEVIEW UTILIZED?    na


COMPLETED XACTIMATE ESTIMATE USING LOCAL MATERIAL AND LABOR COST.


DESCRIPTION OF DAMAGE:

I inspected flat roof with gravel blast top layer and could find no

obvious signs of hail damage.


I inspected flat built up roof portion with coating and PA pointed out a

few spots that he said was hail damage.  He also stated that water was now

forming under the top layer of roofing.   I inspected spots that were

pointed out to be hail.  Compared to the entire roof there were not many

TRAV 335

| Date | Author | Topic | Subject | Claimant (Level) |
|------|--------|-------|---------|------------------|

of those spots.  The only undisputable evidence I could find of hail is on the vent caps, which was paid for in previous claim.  I could not conclusively say the spots on the roof were from hail and if so how much damage they caused to the entire roof as whole.   I reviewed adjuster's photos from previous claim and I could not say for sure which spots may be new or are old.    The PA pointed out many spots that he said was new.

I investigated and in previous claim engineer report was obtained on May 13, new hail storm came through on May 24 after the inspection,  this is what the PA is saying caused new hail damage to the roof.

REPAIR VS REPLACE RATIONALE:         pending engineer report

DEPRECIATION RATIONALE INCLUDING INTERIOR IF APPLICABLE AND AGE/CONDITION: none at this time

BASE SERVICE CHARGE RATIONALE:  pending

O&P RATIONALE:  Not included due to the complexity of the coordination of the repairs needed.

CONTENT DAMAGE NOTED AT INSPECTION:    none

ITV: waived, no coinsurance clause and building is insured for over 2 million

| Date | Author | Topic | Subject | Claimant (Level) |
|------|--------|-------|---------|------------------|

ARN:  na


SUBRO POTENTIAL:  no is weather related


IS TIS INVOLVEMENT NECESSARY, IF YES EXPLAIN:    no indicators


Explained to customer that am assigning engineer for inspection,  we will

move forward pending results from engineer

| 6/18/2012 2:23:53 PM | ASAH WATTS - 039 | Contact | | 001 INS - UNITED COMMERCE CENTER, INC. |
|------|--------|-------|---------|------------------|

I called Nelson Engineering to come out and inspect roof.


They are going to sent me email with inspection time and date.


I added all contact info to participants screen

| 6/20/2012 5:19:19 AM | ASAH WATTS - 039 | General | LETTER: PROPERTY CLAIM ACK AUTHOR: AW - - | 001 INS - UNITED COMMERCE CENTER, INC. |
|------|--------|-------|---------|------------------|

LETTER: PROPERTY CLAIM ACK                    AUTHOR: AW  -S    DATE: 06-20-12

PRIMARY RECIPIENT:                                            TIME: 01:27:55

        LETTER WAS CENTRALLY PRINTED

        /United Commerce Center, Inc.

        1720 E Irving Blvd

        Irving        TX  75060-4510

        F3162C1M12171001055        00001      N

| 6/20/2012 8:00:11 PM | ASAH WATTS - 039 | Correspondence | | 000 FILE LEVEL |
|------|--------|-------|---------|------------------|

received email from engineer stating they are meeting with PA, June 27th

TRAV 337

| Date | Author | Topic | Subject | Claimant (Level) |
|------|--------|-------|---------|------------------|

10am, to perform inspection. I will try to be there, however it is in

Irving, TX, I live about 3.5 hours away, I advised them to go ahead and

inspect if I cannot make it.


email


Good afternoon Asah,


Gary Dunlap is scheduled on 06.27.12 @ 10:00AM to meet with Don Lamont for

the above referenced assignment. Please call or email if you have any

questions or concerns. We appreciate your business.




Kindest regards,


Allison Garrett

Administrative Assistant



NELSON ARCHITECTURAL ENGINEERS, INC.

Expert Forensics. Expert Solutions.

2740 Dallas Parkway, Suite 220

Plano, TX 75093


877.850.8765 Global Headquarters

TRAV 338

| Date | Author | Topic | Subject | Claimant (Level) |
|---|---|---|---|---|
| 469.429.9000 Voice x2202 | | | | |
| 469.326.5200 Fax | | | | |
| 6/20/2012 8:01:29 PM | ASAH WATTS - 039 | Correspondence | - | 000 FILE LEVEL |

I called PA and requested letter of rep, explaining that I can go no

further without letter of representation.  I will be in contact with

insured if not received.

| | | | | |
|---|---|---|---|---|
| 6/25/2012 9:59:58 AM | ASAH WATTS - 039 | Contact | | 001 INS - UNITED COMMERCE CENTER, INC. |

follow up with engineer report, follow up with PA letter of rep

| 6/26/2012 5:33:38 PM | ASAH WATTS - 039 | Contact | - | 000 FILE LEVEL |
|---|---|---|---|---|

I called Don PA he said that he emailed lor to me, I explained that I have

not received it.


I emailed him to reply back to me with it.

| 6/26/2012 9:28:51 PM | ASAH WATTS - 039 | Correspondence | - | 000 FILE LEVEL |
|---|---|---|---|---|

received letter of rep from PA and attached to file

| 7/7/2012 4:18:43 PM | ASAH WATTS - 039 | Contact | - | 000 FILE LEVEL |
|---|---|---|---|---|

engineer called me on yesterday July 7 2pm,  I called back on Friday lm to

call me back.




I called PA lm with status

| 7/9/2012 11:24:40 AM | ASAH WATTS - 039 | Contact | | 000 FILE LEVEL |
|---|---|---|---|---|

I called and spoke with Matt Smith with Nelson Architectural Engineering,


He said that his inspection with PA has been completed.  He said that they

TRAV  339

took core samples and inspected roof,  he said that large hail has totaled

entire flat roof, hail has penetrated through layers.  Roof is two layers

of 3 ply roof under aluminum coating.

He inspected other portion of roof that has gravel ballast, he said that

only damage to this roof is parapet wall.

He said that he will have full report completed by end of this week or

early next week.  He will send to me once completed.

I will start working on estimate.

spoke with PA Don Lamont

I explained engineers findings and explained that I will be receiving

engineer report by early next week,  I updated him with status and

procedures heading forward

I will follow up



ESTIMATE QUEUED TO SUPERVISOR: GGF  IN OFFICE: 039 FOR CLAIM: EOR0543

CLAIMANT: 001



Am in process of reviewing engineer report and writing estimate.  Reserve

is just preliminary, there is definitely covered damage.  40k or higher

Also sending reserve for engineer ### 3500

sent to sup for review



Reviewed and approved preliminary incurred of $40,000 and expense incurred
for engineer of $3500.



CLAIM INFORMATION SENT TO ISO FOR A REPLACEMENT CLAIM SEARCH REPORT

Received engineers report:

I reviewed and confirmed engineers findings that roof:

He found that The entire smooth surfaced BUR membrane be replaced due to

hail damage. Also, the base flashing at the parapet walls and expansion

joints of the upper roof sections need replacement due to hail damage.

Also Per Dallas area Building Code commercial Built up roofing

underlayment must be 3" perlite.

I wrote partial estimate based on this data and found that total estimate

| Date | Author | Topic | Subject | | Claimant (Level) |
|------|--------|-------|---------|--|-----------------|

will be around 500k.


I sent to sup for large loss referral.

| 7/16/2012 11:40:19 AM | ASAH WATTS - 039 | | Correspondence | | 000 FILE LEVEL |

sent to sup Levine and CH Hamilton (temp sup)   for large loss referral


AFO                                          039

Claim Number                    EUR0453

Insured                                 UNITED COMMERCE CENTER

Date Notice Rec'd            07.16.2012

Date of Loss                     05.24.2011

City and State                   DALLAS, TX

Type of claim                    HAIL

CAT Code                         48

Coverage Confirmed?        YES

O&C ordered?                  NA

Date Inspected

Total NET Exposure          06.18.2012

heavy Equipment?            CRANE

Public Adjuster?               YES, DON LAMONT

Photos Uploaded?            YES

Fatalities?                        NO

Brief Description/Additional Information:  LARGE HAIL DAMAGED ROOF.  ON

INITIAL INSPECTION COULD NOT TELL IF ROOF WAS DAMAGED BY HAIL, ENGINEER

WAS CALLED AND WE JUST RECEIVED REPORT BACK TODAY STATING PORTION OF ROOF

IS TOTALLED.  LOSS WILL BE AROUND 500K.

| 7/16/2012 1:59:29 PM | JEFF LEVINE - 039 | Management Review | File Review - | | 001 INS - |

| Date | Author | Topic | Subject | Claimant (Level) |
|---|---|---|---|---|
| | | | | UNITED COMMERCE CENTER, INC. |

Sent MCU referral request.

From: Domino Claim Developer

[mailto:Domino Claim Developer@notesout.travp.net] On Behalf Of Property

MCU Referral

Sent: Monday, July 16, 2012 12:34 PM

To: Levine,Jeffrey P

Subject: Auto reply from Property MCU Referral


Thank you for submitting your referral to this mailbox. This is an

automated response acknowledging receipt of your referral. Your request

will be reviewed by a member of the Large Loss Team within 24-36 hours of

receipt. If your request becomes urgent, please call the Large Loss line

at 866-220-0438

| 7/16/2012 4:46:14 PM | CHRISTINE A CAHILL - 269 | General | CLAIM OFFICE TRANSFER - | 000 FILE LEVEL |

File Transferred by: CAC1 - CHRISTINE A CAHILL Transferred from: AW - ASAH

WATTS in office 039 - Dallas BI Claim to 877-Home Office Major Case - Prope

rty   transferred to Major Case, per Santasha Monts

| 7/17/2012 7:59:11 AM | SYSTEM - 800 | General | SENS Sensitive Note - Email/Fax - | 000 FILE LEVEL |

LDELAGAR in 877 emailed and faxed items from file cabinet on 7/17/2012

7:59:10 AM

engineer report

| 7/17/2012 7:59:56 AM | SYSTEM - 800 | General | SENS Sensitive Note - Email/Fax - | 000 FILE LEVEL |

LDELAGAR in 877 emailed and faxed items from file cabinet on 7/17/2012

TRAV 343



7:59:55 AM

Public adjuster esitmate

SSMENDEZ in 800 emailed and faxed items from file cabinet on 7/21/2012

11:08:02 AM

10381 Invoice 2012-1235, RE Claim No. EUR 0543 United Commerce Ce

The attached bill has been uploaded to File Cabinet. Please be advised

that the Bill Review Unit will review and issue payment for this bill.

Please make sure outstanding expense reserves (expense reserves not

required for independent adjuster bills) are adequate to allow processing

of this payment. If you have any concerns or questions about the amount of

the bill or the services rendered by this vendor please contact Samara

Nixon at Scnixon@Travelers.com or (651) 310 3392 immediately. If there is

no response within the next 72 hours the bill will be paid according to

our contracted rates within the next 30 days. Thank you.



Inspection made yesterday.  There is evidence of hail to several areas

from several years.  HVAC report will be submitted by PA.  I note that our

engineer has totaled the alum covered area.  The other areas are old.  Our

insured advised that they purchased the property 9 years ago.  They do

have interior water damage, but none of it is from hail.  Construction

expert will give an opinion shortly.  I have read notes and agree with

prior evaluation on parapets.  Roofs at best need a good repair.  I am

doing a hail trax and neighborhood check.  We have had this account for 4

APP 58          **TRAV 344**

years, it has hailed in Irving every year. The 2010 claim submitted was
in appraisal and when hail hit-dropped to pursue new claim. I am doing an
aerial sketch to check out wheeled measurements. The building is
primarily a warehouse and auto parts business. Then there are tenants to
the front part area four. area 1-2 is all warehouse. Area 3 is the
office of the parts store. Laura de la Garza

Reviewed Nelson Eng invoice. Invoice belongs to this file. Calculations
are correct, amounts are reasonable and in compliance with our contract.


Expense Type: ALAE

Cov: B

Expense Code:  5N

Amount Paid: 4960.56



We are still evaluating this claim and LLR due on the 14th. I have been
asked to set some reserves for payment of vendor bills coming in. Will
set $250,000 and $30,000 expense. Will be revised next week. Second
opinion on buildup advised roofs need to be replaced as they will not
repair. Consultant to submit proposal. Laura de la Garza

Building expense reserve increased to $10,000 to facilitate payment for
approved vendor invoicing being issued by the bill review payment
department. Net increase of the reserves is $6,500



INADEQUATE INSURANCE TO VALUE

A SUBRO REFERRAL WAS MADE ON 08/14/2012 FOR CLMT 001

BY LDG IN OFFICE 877

completed LLR, ARN< ITV. Contact made with underwriter. We are waiting

on PA to complete his HVAC demands. We have are estimates completed. We

will need to meet to discuss. I not this is a cat claim and no

subrogation notes. I have referred to subro for review. The roofs are

old and have had hail hits for years. Insured owns property for nine

years has no idea what the age is. Just for the record, claim referral

made. No apparent avenue due to age of roofs and size of hail. There are

no warranties. Laura de la Garza

OFFICE: 604 Re-assigned by: SC2-SCHOUDH4 Transferred from: GT1-COORDINATOR

(3) to DMV-DAVID VICTOR

Initial SMCU review of hail damage CAT claim for insured's commercial

building. Loss occurred 05/24/2011 at Dallas TX. GA notes indicate that

roof was old, that insured has owned building for 9 years, and does not

know age of roof. There may be some preexisting hail damage, but except

for such weather damage and normal wear-tear, GA and engineer inspection
show no indication of any causative defect in roof materials and
workmanship.

After considering the available information, it appears that we have no
viable third party to pursue in subrogation. At this time reserves are
only $40,000. Subro file will be closed. If additional information becomes
available, such that this subro should be reevaluated, please re-refer to
subro.



CURRENT STATUS: NO SUBRO POTENTIAL



entered deductible and SOL (TX: 2yrs)



STATUTE DATE 2013-05-24 COVERAGE B



Still no activity from the PA. I have received and reviewed the bill from
Blake Kilpatrick for this claim. The amount of invoice is $4616.50. I am
placing in line for payment. Laura de la Garza



There does not appear to be adequate reserves since I sent in my LLR.
Will inquire. Laura de la Garza





Set reserves as recommended when LLR was launched. It was my
responsibility to set as they are just at $1,000,000. Laura de la Garza

Proof submitted for acv of $643,442.51 will issue payment to PA and the
insured there is no lender on policy, confirmed also with the insured.
Laura de la Garza

no reserves change necessary at this time. Laura de la Garza

Insured called and received the check. wanted to know if it is a good
check. Told him yes. Laura de la Garza

received a bill from Gary Treider on his opinion on damages. Amount due
is $1,017.93-placing in the file cabinet. Laura de la Garza

we paid the acv and have heard no more from the insured. The reserves are
adequate. Laura de la Garza

CLAIM INFORMATION SENT TO ISO FOR A RE-SEARCH CLAIM SEARCH REPORT

ISO CLAIM SEARCH REPORT RECEIVED DUE TO RE-SEARCH REQUEST

# REDACTED

We received a supplement from roofer and work is completed.  This was
about 12/13/2012.  They sent us photos and invoices on dumpsters.  due to
schedule I asked RMC to met with roofer.  They met on 12/19/2012.  RMC
documented what was done and not done.  We requested validation and
invoicing.  we only received check copies of approximately $545,000.  We
also confirmed that the insured replaced decking which had to be replaced
because it was rotten.  we were advised that our tax calculated was wrong
so we have corrected that estimate.  We also put an estimate together that
tracks what they did at xactimate costs.  That estimate is $800,781.24.
The revised acv after correcting tax is $684,565.84.  This is what I owe
and the balance is $40,565.84.  I have mailed Don Lamont a copy.  I will
follow up with him on Monday.  Today I am paying RMC invoice #130121.
total amount is $4,395.80.  Laura de la Garza