UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| UNITED COMMERCE CENTER, INC. | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 3:13-cv-02075-P |
| | § | |
| THE TRAVELERS LLOYDS INSURANCE COMPANY, | § | |
| | § | |
| Defendant. | § | |

## PLAINTIFF'S NOTICE OF WITHDRAWAL OF ITS MOTION TO COMPEL

Plaintiff United Commerce Center, Inc. ("UCC") hereby files this Notice of Withdrawal of its previously filed Motion to Compel and would respectfully show the Court as follows:

1. On February 28, 2014, UCC filed its Motion to Compel, seeking production of documents Defendant contended were privileged (Document No. 19).

2. The parties have reached an agreement regarding production of certain documents, which have been produced to Plaintiff, rendering Plaintiff's Motion to Compel moot.

3. Accordingly, Plaintiff hereby notifies the Court of its withdrawal of its Motion to Compel.

WHEREFORE, Plaintiff United Commerce Center, Inc., respectfully requests that the Court take notice of its withdrawal of its Motion to Compel, that Defendant need not be required to respond to it and for such other and further relief to which Plaintiff shows itself to be justly entitled.

Respectfully submitted,

*/s/ Bobby M. Rubarts*
BOBBY M. RUBARTS
State Bar No. 17360330
BART SLOAN (of counsel)
State Bar No. 00788430

KONING RUBARTS, LLP
1700 Pacific Avenue, Suite 1890
Dallas, Texas 75201
bobby.rubarts@koningrubarts.com
(214) 751-7900
(214) 751-7888 (Fax)

**ATTORNEYS FOR PLAINTIFF UNITED COMMERCE CENTER, INC. AND NON-PARTY HUNTER'S PRECISION CONSTRUCTION AND ROOFING, INC.**

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing pleading has been furnished electronically to all counsel of record in accordance with the Federal Rules of Civil Procedure, this 21st day of March 2014.

*/s/ Bobby M. Rubarts*
BOBBY M. RUBARTS