UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| UNITED COMMERCE CENTER, INC. | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 3:13-cv-02075-P |
| | § | |
| THE TRAVELERS LLOYDS | § | |
| INSURANCE COMPANY, | § | |
| | § | |
| Defendant. | § | |

## JOINT REPORT REGARDING SETTLEMENT NEGOTIATIONS

Pursuant to the Court's July 22, 2013 Scheduling Order, Plaintiff United Commerce Center, Inc. ("Plaintiff") and Defendant The Travelers Lloyds Insurance Company ("Defendant") hereby submit their Joint Report setting forth the status of settlement negotiations.

After documents responsive to the subpoena Defendant served on non-party Hunter's Precision Construction & Roofing, Inc. were produced on December 20, 2013, the parties engaged in settlement negotiations but were unable to reach an agreement. The parties scheduled and took depositions to gather information necessary to determine whether further negotiations would be meaningful and are now evaluating whether to continue negotiations. The parties have agreed to schedule mediation if both sides agree continuing negotiations would be productive.

        Respectfully submitted,


        */s/ Bobby M. Rubarts*
        BOBBY M. RUBARTS
        Texas Bar No. 17360330
        KONING RUBARTS LLP
        1700 Pacific Avenue, Suite 1890
        Dallas, Texas 75201
        (214) 751-7900
        (214) 751-7888 (Fax)

        **ATTORNEY FOR PLAINTIFF**


        */s/      Alissa Puckett*
        WM. LANCE LEWIS
        Texas Bar No. 12314560
        ALISSA PUCKETT
        Texas Bar No. 24056886
        **QUILLING, SELANDER, LOWNDS, WINSLETT & MOSER, P.C.**
        2001 Bryan Street, Suite 1800
        Dallas, Texas  75201
        (214) 871-2100
        (214) 871-2111 (Fax)
        llewis@qslwm.com
        apuckett@qslwm.com

        **ATTORNEYS FOR DEFENDANT TRAVELERS LLOYDS INSURANCE COMPANY**


## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing instrument has been served electronically upon all counsel of record in accordance with the Federal Rules of Civil Procedure on this 2nd day of May 2014.


        */s/ Alissa Puckett*
        Wm. Lance Lewis / Alissa Puckett