IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

**Alternative Dispute Resolution Summary**

**Provider must file completed form, in duplicate, with the U.S. District Clerk upon completion of ADR.**

1. Civil Action number: 3:13-CV-02075-P

2. Style of case: UNITED COMMERCE CENTER, INC. V. THE TRAVELERS LLOYDS INSURANCE COMPANY

3. Nature of suit: Contract/Insurance

4. Method of ADR used:    XXMediation        ☐Mini-Trial        ☐ Summary Jury Trial

5. Date ADR session was held: 7/24/2014

6. Outcome of ADR (*Select one*):

   ☐ Parties did not use my services.         ☐ Settled, in part, as result of ADR
   **XX Settled as a result of ADR.**         ☐ Parties were unable to reach settlement.
   ☐ Continue to work with parties to reach settlement (*Note: provider must file supplemental ADR Summary Form at conclusion of his/her services*)

7. What was your TOTAL fee: $1500.00

8. Duration of ADR: Half Day  (i.e., one day, two hours)

9. Please list persons in attendance (including party association, i.e., defendant, plaintiff): (Provider)

   Courtenay L. Bass - Mediator            Alissa K. Puckett, Esq.-Defendant
   Bobby M. Rubarts, Esq. – Plaintiff      Chris Perry, Bill Haneline and Kirk
   Hector Munoz and Mika Hunter - UCC      Speary - Travelers

*Please provide the names, addresses, and telephone number of counsel on the reverse of this form.*

Provider information:

*Courtenay L. Bass*                               July 24, 2014
Signature                                         Date


12001 N. Central Expressway, Suite 650, Dallas, Texas  75243   (214)303-4500
Address                                                        Telephone

**Bobby M. Rubarts, Esq.**
Koning Rubarts LLP
1700 Pacific Avenue
Suite 4500
Dallas, TX  75201
(214) 751-7900
(214) 751-7888

**Alissa K. Puckett, Esq.**
Quilling Selander Lownds Winslett & Moser P.C.
2001 Bryan Street
Suite 1800
Dallas, TX  75201
(214) 871-2100
(214) 871-2111