# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| **UNITED COMMERCE CENTER, INC.** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | **CIVIL ACTION NO. 3:13-cv-02075-P** |
| | § | |
| **THE TRAVELERS LLOYDS** | § | |
| **INSURANCE COMPANY,** | § | |
| | § | |
| **Defendant.** | § | |

## NOTICE OF SETTLEMENT

Plaintiff United Commerce Center, Inc. ("Plaintiff") and Defendant The Travelers Lloyds Insurance Company ("Defendant") hereby submit this notice of settlement to the Court.

## I.
## NOTICE

1.      Plaintiff and Defendant hereby advise the Court that a compromise and settlement has been reached resolving all claims between Plaintiff and Defendant.

2.      Accordingly, Plaintiff and Defendant respectfully request that the parties be provided thirty (30) days to submit dismissal documents.

WHEREFORE, Plaintiff United Commerce Center, Inc. and Defendant The Travelers Lloyds Insurance Company, respectfully move this Court to allow the parties thirty (30) days to submit dismissal documents and for such other and further relief to which they may be justly entitled.

Respectfully submitted,


/s/ Bobby M. Rubarts
BOBBY M. RUBARTS
Texas Bar No. 17360330
KONING RUBARTS LLP
1700 Pacific Avenue, Suite 1890
Dallas, Texas 75201
(214) 751-7900
(214) 751-7888 (Fax)

**ATTORNEY FOR PLAINTIFF**


/s/      Alissa Puckett
WM. LANCE LEWIS
Texas Bar No. 12314560
ALISSA PUCKETT
Texas Bar No. 24056886
**QUILLING, SELANDER, LOWNDS,
WINSLETT & MOSER, P.C.**
2001 Bryan Street, Suite 1800
Dallas, Texas  75201
(214) 871-2100
(214) 871-2111 (Fax)
llewis@qslwm.com
apuckett@qslwm.com

**ATTORNEYS FOR DEFENDANT
TRAVELERS LLOYDS INSURANCE
COMPANY**


## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing instrument has been served electronically upon all counsel of record in accordance with the Federal Rules of Civil Procedure on this 25th day of July 2014.


/s/ Alissa Puckett
Wm. Lance Lewis / Alissa Puckett