**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| UNITED COMMERCE CENTER INC, | § | |
| | § | |
| Plaintiff, | § | |
| | § | CIVIL ACTION NO. |
| v. | § | 3:13-CV-02075-P |
| | § | |
| THE TRAVELERS LLOYDS | § | |
| INSURANCE COMPANY, | § | |
| | § | |
| Defendant. | § | |

## ORDER

ON THIS DATE, the Court considered Defendant The Travelers Lloyds Insurance Company's Unopposed Motion to Extend the Dismissal Deadline, seeking to extend the dismissal deadline for thirty days. Having considered the Motion, the Court finds the Motion is well taken and should be **GRANTED**.

**IT IS THEREFORE ORDERED, ADJUDGED AND DECREED** that all claims by all Parties remain dismissed without prejudice for thirty (30) days, subject to the Parties' right to reopen the case during that time if a settlement agreement is not reached. If the Parties cannot finalize a settlement, any party may reopen this action during this time. If the case is reopened, it shall be reopened as though it had never been closed. Unless the case is reopened within thirty (30) days of the date of this Order, or the 30-day deadline is extended, the case will be considered DISMISSED WITH PREJUDICE.

SO ORDERED, this 27th day of August, 2014.

_____
JORGE A. SOLIS
UNITED STATES DISTRICT JUDGE