# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | | |
|---|---|---|
| **UNITED COMMERCE CENTER, INC.,** | § | |
| Plaintiff, | § | |
| v. | § | |
| | § | **CIVIL ACTION NO. 3:13-cv-2075-P** |
| **THE TRAVELERS LLOYDS INSURANCE COMPANY,** | § | |
| Defendant. | § | |

## MOTION TO DISMISS WITH PREJUDICE

TO THE HONORABLE UNITED STATES DISTRICT COURT:

Plaintiff United Commerce Center, Inc. ("UCC" or "Plaintiff") files the following Agreed Motion to Dismiss With Prejudice (the "Motion"):

1. UCC announces to the Court that it has settled the disputes with Defendant The Travelers Lloyds Insurance Company ("Defendant") that were the subject of this lawsuit and respectfully requests that all of Plaintiff's claims pending in the referenced case against Defendant be dismissed with prejudice, with each party to bear its own costs and attorneys' fees.

2. Contemporaneously with filing this Motion, UCC has submitted to the Court a proposed Order Granting Motion to Dismiss with Prejudice and requests that it be entered by the Court.

**WHEREFORE**, Plaintiff respectfully requests the Court to grant the foregoing Motion and enter the proposed Order Granting Motion to Dismiss with Prejudice.

Respectfully submitted,

s/ Bobby M. Rubarts
Bobby M. Rubarts
State Bar No. 17360330
bobby.rubarts@koningrubarts.com
Brent E. Basden
State Bar No. 24047828
brent.basden@koningrubarts.com

**KONING RUBARTS LLP**
1700 Pacific Avenue, Suite 4500
Dallas, Texas 75201
214-751-7900
214-751-7888 – fax

**ATTORNEYS FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

I hereby certify that on September 26, 2014, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send electronic notification of such filing to all counsel of record.

s/ Bobby M. Rubarts