UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| UNITED COMMERCE CENTER, INC., | § § § | |
| Plaintiff, | § | |
| v. | § § | |
| THE TRAVELERS LLOYDS INSURANCE COMPANY, | § § § § | CIVIL ACTION NO. 3:13-cv-2075-P |
| Defendant. | § | |

## ORDER GRANTING MOTION TO DISMISS WITH PREJUDICE

On this day, the Court considered the Motion to Dismiss with Prejudice filed by Plaintiff United Commerce Center, Inc. (the "Motion"). Having considered the Motion, the Court is of the opinion that it is well taken and should be granted.

IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED that the Motion is granted and all of Plaintiff's claims pending in the referenced case against Defendant The Travelers Lloyds Insurance Company are dismissed with prejudice, with each party to bear its own costs and attorneys' fees.

Signed this 20th day of October, 2014.

*(signature)*
JORGE A. SOLIS
UNITED STATES DISTRICT JUDGE